and *Messrs. Vernon L. Wilkinson* and *Dwight D. Doty* for the United States.

No. 1026.   C. P. A. COMPANY *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE.   June 14, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. John M. Hudson* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H. Levy,* and *F. E. Youngman* for respondent.

No. 1029.   KERTESS ET AL. *v.* UNITED STATES.   June 14, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Mr. Joseph H. Broderick* for petitioners.   *Solicitor General Fahy* and *Mr. Robert L. Stern* for the United States.

No. 1031.   TRAVELERS INSURANCE Co. *v.* MAGILL, CONSERVATOR.   June 14, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Mr. James C. Jones, Jr.* for petitioner.   *Mr. J. L. London* for respondent.

No. 1033.   DOUCHAN *v.* UNITED STATES.   June 14, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Charles A. Meyer* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Valentine Brookes* and *Miss Beatrice Rosenberg* for the United States.